1 | LAW OFFICES OF ANTHONY M. PEREZ, JR
Anthony M. Perez, Jr. (SBN 113041)
2 | 455 Capitol Mall, Suite 802
Sacramento, California 95814
3 | Telephone: (916) 441-0500
Facsimile:  (916) 441-0555
4 | Email:  aperez@perezlawoffices.com

5 | Attorneys for Plaintiff
RONALD DREW

6 |

7 | SEYFARTH SHAW LLP
James M. Nelson (SBN 116442)
Diana R. Craig (SBN 221389)
8 | William D. Bishop, Jr. (SBN 232251)
400 Capitol Mall, Suite 2350
9 | Sacramento, California 95814-4428
Telephone: (916) 448-0159
10 | Facsimile:  (916) 558-4839
Emails:  jmnelson@seyfarth.com, dcraig@seyfarth.com, and wbishop@seyfarth.com
11 |

12 | Attorneys for Defendants
WATTS WATER TECHNOLOGIES, INC.,
AMES FIRE & WATER WORKS, and WATTS REGULATOR, CO.

13 |
UNITED STATES DISTRICT COURT

14 |
EASTERN DISTRICT OF CALIFORNIA

15 |

| | |
|---|---|
| RONALD DREW, | Case No. 2:06 CV 00641 WBS GGH |
| Plaintiff, | **STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| v. | |
| WATTS WATER TECHNOLOGIES, AMES FIRE & WATERWORKS, WATT REGULATOR, WATTS INDUSTRIES, INC., AMES COMPANY, INC. and Does 1 through 100, inclusive, | **[F.R.C.P. RULE 41(a)(1)]** |
| Defendants. | |

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1

STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

SC1 17078100.1

Drew v. Watts / Docket No. 2:05-CV-00322-LKK-PAN

PDF created with pdfFactory trial version www.pdffactory.com

The parties to this action hereby stipulate that the action under this case number should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys fees and costs, and with no party determined to be a prevailing party for any purpose.

DATED: 12-29-06                     LAW OFFICES OF ANTHONY M. PEREZ, JR.


By /s/
    Anthony M. Perez, Jr.
Attorneys for Plaintiff
RONALD DREW


DATED: 12-29-06                     SEYFARTH SHAW LLP


By /s/
    James M. Nelson
Attorneys for Defendants
WATTS WATER TECHNOLOGIES, INC.,
AMES FIRE & WATERWORKS,
WATTS REGULATOR, CO.

IT IS SO ORDERED.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

January 8, 2007

2
STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com